UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Madeline Cox Arleo |
| v. | : | |
| ZIMMER, INC. | : | Mag No. 07-8130 (MCA) |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Ralph J. Marra, Jr., the Acting United States Attorney for the District of New Jersey (by Kevin M. O'Dowd, Assistant U.S. Attorney), hereby dismisses the Complaint, Mag. No. 07-8130, against defendant Zimmer, Inc.,("Zimmer"), which Complaint was filed on September 27, 2007, charging Zimmer with violating the anti-kickback statute contrary to Title 42, United States Code, Section 1320a-7b(b)(2), in violation of Title 18, United States Code, Section 371, because further prosecution of this charge is not in the interests of the United States at this time.

This dismissal is with prejudice.

_____
RALPH J. MARRA JR.
Acting United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. MADELINE COX ARLEO
United States Magistrate Judge

Dated: March 30, 2009.